UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

SEAN PATRICK LEONARD,

                              Plaintiff,

                                                                          ORDER
           v.                                                      12-CV-526A(F)

CAROLYN W. COLVIN, Commissioner of
Social Security,

                              Defendant.
_____

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On March 7, 2014, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion should be granted and plaintiff's motion should be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion is granted and plaintiff's motion is denied

        The Clerk of the Court shall close the case.

IT IS SO ORDERED.

          ____*Richard J. Arcara*_____
          HONORABLE RICHARD J. ARCARA
          UNITED STATES DISTRICT COURT

Dated:   March 31, 2014